AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Brian Vossler <br><br> *Plaintiff(s)* <br> v. <br> Social Security Administration, a government entity; <br><br> *Defendant(s)* | Civil Action No. 5:23-cv-00994 -VKD |

**SUMMONS IN A CIVIL ACTION**

**To:** *(Defendant's name and address)*  Social Security Administration
928 E. Blanco Rd, #155
Salinas, CA 93901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAW OFFICES OF GARY R. CARLIN, APC
Gary R. Carlin
301 East Ocean Blvd., Suite 1550
Long Beach, CA 90802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  3/7/2023

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*